TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0721
    Facsimile:  (213) 894-0141
    E-mail:     John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**JS-6**



FILED
CLERK, U.S. DISTRICT COURT

MAY 1 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

JOFFRE EDUARDO CORRAL SALTOS,

       A Fugitive from the
       Government of the
       Republic of Ecuador.

No. 2:26-cv-04095-ODW-KS

[Proposed] CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITMENT

The Court has received the Complaint filed on March 20, 2026, by John J. Lulejian, Assistant United States Attorney for the Central District of California, pursuant to the request of the Government of the Republic of Ecuador ("Ecuador"), for the extradition of JOFFRE EDUARDO CORRAL SALTOS ("CORRAL SALTOS"). (Docket No. 1.) The Court has also received an Affidavit of Consent to Extradition, dated April 30, 2026, executed by CORRAL SALTOS and witnessed by his attorney, Deputy Federal Public Defender Laura Paul. (Docket No. 25.)

On May 12, 2026, CORRAL SALTOS appeared before the Court in open session, accompanied by his attorney, and in the presence of Assistant United States Attorney John J. Lulejian.  The Court addressed CORRAL SALTOS and is satisfied that he is aware of his rights as set forth in the affidavit of consent to extradition and that the affidavit was executed knowingly and voluntarily.

Inasmuch as CORRAL SALTOS has conceded that he is extraditable on the charges for which extradition was requested, and has consented to a certification by this Court to that effect, and has further consented to remain in the custody of the United States Marshal pending arrival of duly authorized representatives of the Government of Ecuador to effect his transfer to Ecuador, the Court finds on the basis of the record herein and the representations of CORRAL SALTOS and counsel that:

1.    The undersigned judicial officer is authorized under 18 U.S.C. § 3184, to conduct an extradition hearing;

2.    The Court has personal jurisdiction over CORRAL SALTOS and subject matter jurisdiction over the case;

3.    There is currently in force an extradition treaty between the Government of the United States and the Ecuador:  the Extradition Treaty Between the United States of America and the Republic of Ecuador, U.S.-Ecuador, June 28, 1872, 18 Stat. 756, as amended by the Supplementary Extradition Treaty Between the United States of America and Ecuador, U.S.-Ecuador, Sept. 22, 1939, 55 Stat. 1196 (collectively, the "Extradition Treaty");

4.    CORRAL SALTOS has been charged in Ecuador with rape, in violation of Article 171 of the Ecuadorian Organic Criminal Code;

2

5.    This charge constitutes an extraditable offense within the meaning of Article 2nd of the Extradition Treaty;

6.    Ecuador seeks the extradition of CORRAL SALTOS to be held for trial or other disposition; and

7.    CORRAL SALTOS has stipulated that there is probable cause to believe that he committed the offenses for which extradition is sought.

Based on the foregoing, the Court concludes that JOFFRE EDUARDO CORRAL SALTOS is extraditable for the offense for which extradition was requested, and certifies this finding to the Secretary of State as required under 18 U.S.C. § 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United States Attorney a certified copy of this Certification of Extraditability and the executed Affidavit of Consent to Extradition and, further, that the Clerk forward certified copies of the same to the Secretary of State (to the attention of the Legal Adviser) and the Director, Office of International Affairs, Criminal Division, U.S. Department of Justice, in Washington, D.C., for the appropriate disposition.

IT IS FURTHER ORDERED that JOFFRE EDUARDO CORRAL SALTOS be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State and arrival of duly authorized representatives of Ecuador, at which time CORRAL SALTOS, together with any evidence seized incidental to his arrest and sought by the Government of Ecuador, will be transferred to the custody of such authorized representatives of Ecuador at such time and place as mutually agreed upon by the United States Marshal and

the duly authorized representatives of the Government of Ecuador to be transported to Ecuador.

IT IS SO ORDERED.

Dated this _12_ day of May 2026.

THE HONORABLE KAREN L. STEVENSON
Chief United States Magistrate Judge

Presented by:

/s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney

4